UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MARDONIO GOMEZ, #32640-177, | ) | |
| | ) | CIVIL ACTION NO. |
| Petitioner, | ) | |
| | ) | 3:09-CV-0073-G |
| VS. | ) | |
| | ) | CRIMINAL ACTION NO. |
| UNITED STATES OF AMERICA, | ) | 3:04-CR-253(03)-G |
| | ) | **ECF** |
| Respondent. | ) | |

### ORDER

United States Magistrate Judge William F. Sanderson, Jr., made findings, conclusions and a recommendation in this case. Petitioner filed objections, and the district court has made a *de novo* review of those portions of the proposed findings and recommendation to which objection was made. The objections are overruled, and the court accepts the findings, conclusions and recommendation of the United States Magistrate Judge.

**SO ORDERED**.

May 11, 2009.

_____
A. JOE FISH
**Senior United States District Judge**